IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHNISA TURNER Individually and<br>JOHNISA TURNER as Next friend of<br>JANE DOE, a Minor,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>ERIC H. HOLDER, JR., JUAN P. OSUNA<br>JANET NAPOLITANO, JOHN T.<br>MORTON, JAMES T. HAYES, JR.,<br>KENNETH LANDGREBE and ICE DOES<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.: 4-12-CV-1570 |

## NOTICE OF RULE 41A VOLUNTARY DISMISSAL

Pursuant to provisions of Rule 41(a)(1)(i) Johnisa Turner individually and as next friend of Jane Doe a minor, Plaintiffs herein, voluntarily dismisses without prejudice the above-entitled action as to all defendants herein.

Respectfully submitted,

/s/ Ray Jackson
Ray Jackson
SBN: 00797754
3838 Oak Lawn Ave., Suite 1350
Dallas, Texas 75219
214-651-6250
214-651-6244 facsimile
Attorney for Plaintiffs